**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

Eastern District of Kentucky
FILED
OCT 15 2026
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**

**INDICTMENT NO.** 5:26CR119-REW-MAS
**18 U.S.C. § 922(u)**

**ETHAN M. DALE**

* * * * *

**THE GRAND JURY CHARGES:**

On or about September 16, 2026, in Montgomery County, in the Eastern District of Kentucky,

**ETHAN MACINTYRE DALE**

did attempt to steal and unlawfully take and carry away from the premises of The Castle, a business licensed to engage in dealing in firearms (commonly referred to as a Federal Firearms Licensee or FFL), firearms in the licensee's business inventory that had been shipped and transported in interstate commerce, in violation of 18 U.S.C. § 922(u).

[redacted]

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**RON L. WALKER JR.**
**ASSISTANT UNITED STATES ATTORNEY**

# PENALTIES

| | |
|---|---|
| **COUNT 1:** | Not more than 10 years imprisonment, a $250,000 fine, and 3 years supervised release. |
| **PLUS:** | Mandatory special assessment of $100. |
| **PLUS:** | Restitution, if applicable. |